U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Trustees of the N.E.C.A.- IBEW Local 176 Health, Welfare Pension, Vacation, and Training Trust Funds,
v.
Sikes Electric, Inc., a dissolved Illinois corporation, and Kevin J. Sikes, Individually

Case Number:
FILED: JULY 25, 2008
08CV4231
JUDGE CONLON
MAGISTRATE JUDGE KEYS
AEE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS,

| NAME (Type or print) |
| --- |
| JOHN F. ETZKORN |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ John F. Etzkorn |

| FIRM |
| --- |
| ARNOLD AND KADJAN |

| STREET ADDRESS |
| --- |
| 19 W. JACKSON BLVD., SUITE 300 |

| CITY/STATE/ZIP |
| --- |
| CHICAGO, ILLINOIS 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 757535 | 312-236-0415 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO |
| --- | --- | --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |